# Court of Appeals
# of the State of Georgia

ATLANTA, April 12, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1161. CHENAI HARRIS v. GEORGIA COMMUNITY SUPPORT & SOLUTIONS, INC.

In this civil action, the trial court granted summary judgment to defendant Georgia Community Support & Solutions, Inc. d/b/a InCommunity, Inc. in an order entered on January 8, 2024. Plaintiff Chenai Harris filed a notice of appeal on Thursday, February 8, 2024. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Harris filed her notice of appeal 31 days after entry of the order she seeks to appeal. Consequently, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/12/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*